

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2022

No. 04-21-00430-CV

**TEXAS DEPARTMENT OF TRANSPORTATION** and James M. Bass,
Appellants

v.

**ROBERT DIXON TIPS PROPERTIES, LLC**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI10003
Honorable Tina Torres, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
            Luz Elena D. Chapa, Justice
            Irene Rios, Justice

Appellants the Texas Department of Transportation and Marc. B. Williams's motion for rehearing is pending before the court. The court believes a serious question concerning the relief sought requires further consideration. The court hereby requests a response to appellants' motion from appellee Robert Dixon Tips Properties, LLC. *See* TEX. R. APP. P. 49.2. Appellee's response, if any, must be filed in this court by December 1, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2022.



Michael A. Cruz,
Clerk of Court